IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>CRISTINEL PETROVICI, ALEXANDRU CONSTANTIN, & ROBERT CIUCUR<br><br>Defendants. | Case No. 1:26-mj-103 |

**CONSENT MOTION TO EXTEND TIME FOR INDICTMENT**

The United States of America, by and through undersigned counsel, with the consent of the three defendants through their counsel, respectfully moves the Honorable Court to extend the time to indict this case through and including June 25, 2026.   In support thereof, the government states as follows:

1.     A complaint was filed in the Eastern District of Virginia on April 9, 2026, charging the defendants with conspiracy to commit interstate transportation of stolen property, in violation of 18 U.S.C. §§ 371 & 2314.   The defendants were arrested on April 15, 2026, and made their initial appearances the same day.

2.     The Speedy Trial Act requires that a defendant be indicted within thirty days of his arrest after subtracting all excludable time, including the time any pretrial motions are pending. 18 U.S.C. § 3161(h)(1)(D).   Therefore, an estimate of the indictment deadline is May 15, 2026.

3.     The United States requests an extension of forty-one (41) days to indict, thereby extending the deadline to and through June 25, 2026.   The requested extension considers the fact that this case contains a substantial amount of evidence, to include a great amount of electronic

1

evidence.   Further, a considerable amount of evidence needs to be translated into English, which is a lengthy process.   Further, an analysis of the contents of the defendants' cellular phones, which were seized in December, has yet to be completed, let alone produced.

4.      Furthermore, given the discovery yet to be analyzed or released, extending the time to indict would be in the best interests of justice in that it would give defense counsel further opportunity to meet with the defendants, obtain and review discovery, and discuss a possible pre-indictment resolution of the case.

5.      The parties submit that the requested continuance to June 25, 2026, would serve the ends of justice, and that the failure to grant this continuance "would deny counsel for the defendant . . . the reasonable time necessary for effective preparation, taking into account the exercise of due diligence."   18 U.S.C. § 3161(h)(7)(B)(iv).   Therefore, "the ends of justice served by the granting of such continuance [will] outweigh the best interests of the public and the defendant in a speedy trial," 18 U.S.C. § 3161(h)(7)(A), and the parties request an order to that end.

6.      The United States has advised counsel for the all three defendants of the filing of this motion, and the defendant has consented to its filing and the proposed extension.

WHEREFORE, the United States requests that the time to indict this case be extended to and including June 25, 2026, and that the delay resulting from this extension be excluded in

computing the time within which an indictment must be filed pursuant to Title 18, United States

Code, Section 3161(h).   A proposed order is attached to this Motion.

Respectfully submitted,

TODD BLANCHE
Acting Attorney General

Date:   May 6, 2026                By:   _____/s/_____

Nicholas A. Durham
Assistant United States Attorney
NY Bar No. 4712741
United States Attorney's Office
Eastern District of Virginia
2100 Jamieson Avenue
Alexandria, VA 22314
Nicholas.Durham@usdoj.gov
(O) (703) 299-3758
(F) (703) 299-3980

**CERTIFICATE OF SERVICE**

I hereby certify that on May 6, 2026, I filed the foregoing with the Office of the Clerk of Court electronically using the CM/ECF system, which will automatically send a notification of such filing to all counsel of record.

           /s/

Nicholas A. Durham
Assistant United States Attorney
